UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIAN HAROLD COMBS, | Case No. 2:20-cv-00689-CL |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| BRAD CAIN, Superintendent,<br>Snake River Correctional Institution, | |
| Respondent. | |

CLARKE, Magistrate Judge.

The Court GRANTS Petitioner's Unopposed Motion to Dismiss (ECF No. 25) filed on September 27, 2022, and ORDERS that this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 4th day of October, 2022.

MARK D. CLARKE
United States Magistrate Judge

1– ORDER OF DISMISSAL